**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE: 2:06-CR-114-JTM-PRC |
| | ) | |
| LARRY COCHRAN, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE PURSUANT TO**
**28 U.S.C. § 636(b)(3) and Local Rule 72.1(c)**

This matter is before the Court sua sponte. Pursuant to an Order [DE 201] entered on September 14, 2007, by District Court Judge James T. Moody, this matter was referred to Magistrate Judge Paul R. Cherry for a hearing and Report and Recommendation as to the competency of the Defendant, Larry Cochran, to stand trial.

On May 30, 2007, the Court entered an order setting this matter for a determination of mental competency of the Defendant. The order committed the Defendant to the custody of the United States Attorney General or his designated representative for placement in a suitable facility closest to this Court for examination by a licensed or certified psychiatrist or psychologist. The examination was intended to determine whether there is reasonable cause to believe that the Defendant may at the time of the examination be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court further ordered the appropriate authorities of the facility to render a written report with respect to the Defendant's mental condition pursuant to 18 U.S.C. § 4247(c).

On August 2, 2007, Daniel S. Greenstein, Psy.D., conducted a forensic evaluation of the Defendant at the Federal Bureau of Prisons Metropolitan Correction Center in Chicago, Illinois. On August 16, 2007, the Court received the forensic report.

On September 14, 2007, the Court held a competency hearing. The Defendant appeared at the hearing with stand-by counsel Charles E. Stewart, Jr. The Government appeared at the hearing by Assistant United States Attorney David J. Nozick. Soon after the hearing began, the Court asked the Defendant as to whether he would swear or affirm under oath that any statements or testimony he gave in court would be truthful. The Defendant twice refused to swear or affirm under oath that he would provide truthful testimony. The Court noted the Defendant's refusal and continued with the competency hearing. As the hearing progressed, the Defendant interrupted the proceedings on multiple occasions. The Court warned the Defendant that if he continued to interrupt, he would be removed from the courtroom for the remainder of the hearing. Following the warning, the Defendant continued to repeatedly interrupt the Court. The Court found that the repeated interruptions were disrupting and interfering with the Court proceedings. The Court ordered that the Defendant be removed from the courtroom. The Court exercised its authority to remove the Defendant pursuant to Federal Rule of Criminal Procedure 43(c)(1)(C), which applies to trials but in this case was applied to the in-court competency hearing. Exiting the courtroom, the Defendant continued to make disruptive statements directed at the Court.

The Court reviewed the forensic report submitted on August 16, 2007. Copies of the forensic report were distributed to the Defendant, his stand-by counsel, and the Government. Based on the forensic report, the Court **RECOMMENDS** that the District Court find that the Defendant is competent to stand trial.

SO ORDERED this 14th day of September, 2007.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record including Attorney Charles E. Stewart, Jr. and Defendant Larry Cochran, *pro se*, 08893-027, Metropolitan Correctional Facility, 71 West Van Buren, Chicago, Illinois 60605.