UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>         Plaintiff         )<br>                                          )<br>         v.                                )<br>                                          )<br>LARRY COCHRAN,                   )<br>         Defendant         ) | No. 2:06 CR 114 |

### O R D E R

On September 14, 2007, the undersigned received the written report and recommendation of Magistrate Judge Cherry pursuant to 28 U.S.C. § 636(b)(3) and LOCAL RULE 72.1(c), recommending that defendant Larry Cochran be found competent to stand trial. No objections to the report and recommendation were filed.

After considering the report and recommendation, and in addition giving independent consideration to the forensic psychiatric report on which it is based, and to the minutes of the competency hearing Magistrate Judge Cherry held, the court now **ADOPTS** Magistrate Judge Cherry's report and recommendation as its own opinion on the matter, and now **FINDS** that defendant Cochran is **NOT** presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

                              SO ORDERED.

    Enter: October 10, 2007

                               s/James T. Moody
                              JUDGE JAMES T. MOODY
                              UNITED STATES DISTRICT COURT